UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>EHELERS, et al.,<br><br>    Defendants. | No. 2:22-cv-01468-TLN-EFB<br><br>**ORDER** |

Plaintiff, a civil detainee proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 21, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 21, 2022 (ECF No. 10), are ADOPTED in full;

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) is DENIED; and

3. Plaintiff shall pay the $402 filing fee within fourteen days from the date of this order. Failure to do so will result in the dismissal of this action.

**DATED: October 31, 2022**

Troy L. Nunley
United States District Judge