UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>              Plaintiff,<br><br>       v.<br><br>EHELERS, et al.,<br><br>              Defendants. | No. 2:22-cv-01468-TLN-EFB<br><br>**ORDER** |

　　　　Plaintiff, a civil detainee proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On October 31, 2022, the Court denied Plaintiff's application for leave to proceed in forma pauperis. (ECF No. 11.) The Court granted Plaintiff fourteen days within which to pay the $402 filing fee for this action. (*Id.*) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. (*Id.*)

　　　　Plaintiff has not paid the fee. Instead, Plaintiff has filed a motion for reconsideration of the Court's October 31, 2022 Order. (ECF No. 13.) Plaintiff argues that because he is a "civil detainee" and not a "prisoner," it is "illegal" to require him to pay the filing fee. (*Id.* at 1, 3.) Although Plaintiff is not a "prisoner" within the meaning of the Prison Litigation Reform Act, he is still required to pay the filing fee for a civil action if leave to proceed in forma pauperis has been denied. *See* 28 U.S.C. § 1914.

///

1

Accordingly, the October 31, 2022 Order denying Plaintiff's application for leave to proceed in forma pauperis stands, and the Clerk of the Court shall terminate ECF No. 13.

So Ordered.

**DATED:  January 2, 2023**

Troy L. Nunley
United States District Judge

2