UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EHELERS, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-01468-TLN-EFB<br><br>**ORDER** |

　　　　Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 31, 2022, the Court denied plaintiff's application for leave to proceed in forma pauperis and granted Plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 11.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. (*Id.*) Plaintiff has not paid the fee.

　　　　Accordingly, IT IS ORDERED that this action is DISMISSED. The Clerk of Court is directed to close the case.

//

//

//

1

1  **DATED:  January 2, 2023**

Troy L. Nunley
United States District Judge

2